*Max J. Rubin* and *Abraham Levin* for Charles N. Blakeley and others, appellants.

*Stephen S. Bernstein* for respondents.

*David Regosin* for Kurt E. Fontheim, intervenor-respondent.

Order affirmed, with costs. First question certified answered in the negative; third question certified answered in the affirmative; second question certified not answered. No opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.

FREDERICK WEIDNER et al., Respondents, *v.* FLORENCE C. WALSH et al., Appellants, and WALTER BRUCHHAUSEN, Respondent.

Argued April 13, 1955; decided April 28, 1955.

*Julian A. Ronan* and *Joseph A. Shields,* appellant in person, for *Florence C. Walsh* and others, appellants.

*Jacquelin A. Swords, Edward A. Niles* and *William K. Zinke* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.

In the Matter of the Estate of JAMES E. ALBRIGHT, Deceased. WILLIAM W. ALBRIGHT, as Executor of JAMES E. ALBRIGHT, Deceased, Respondent; EDITH E. FALVEY [ALBRIGHT], Appellant.

Submitted April 25, 1955; decided April 28, 1955.